FILED BY CLERK OF COURT

# United States District Court

RECEIVED
JAN 23 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Quincy Diarra Manuel**

**Docket No. 0:02CR00122-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Quincy Diarra Manuel** who was sentenced for Possession With the Intent to Distribute Cocaine Base on February 27, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

On December 17, 2007, and January 5, 2008, the defendant failed to appear for drug tests as directed by the U.S. Probation Office.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22 day of January 2008, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer
Telephone: 612-664-5381

Executed on January 18, 2008
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer

SCANNED
JAN 23 2008
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission