PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Quincy Diarra Manuel**

**Docket No. 0:02CR00122-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Quincy Diarra Manuel** who was sentenced for Possession With the Intent to Distribute Cocaine Base on February 27, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program; mandatory drug testing; and no firearms or dangerous weapons

16 hours community service (modified January 22, 2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On May 1, 2008, the defendant submitted a positive drug test for marijuana. On May 9, 2008, Kroll Laboratories confirmed the positive drug test.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 32 hours of community service, as approved by the probation officer.

SCANNED
MAY 29 2008
U.S. DISTRICT COURT

ORDER OF THE COURT

Considered and ordered this May day of 28, 2008, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
Senior U.S. Probation Officer
Telephone: 612-664-5381

Executed on May 21, 2008
Place Minneapolis

Approved:

for Curtis L. Stevens
Supervising U.S. Probation Officer

c: United States Sentencing Commission