Prob 49

RECEIVED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Quincy Diarra Manuel

Docket No. 0:02CR00122-001

**HEARING WAIVER**

I, Quincy Diarra Manuel, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervised release.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 32 hours of community service, as approved by the probation officer.

Signed: _______________ Witness: _______________

Quincy Diarra Manuel

Dated: 5/21/08

SCANNED
MAY 29 2008
U.S. DISTRICT COURT MPLS